# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

IN RE: SFS INTEC HOLDING AG, 2016-1631

## DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing. When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing. All questions must be answered or the statement will be rejected.

Name of the party you represent     SFS Intec Holding AG

Party is (select one):   X  Appellant/Petitioner     ___ Cross-Appellant
                         ___ Appellee/Respondent    ___ Intervenor

Tribunal appealed from and Case No.: Trademark Trial and Appeal Board (TTAB), Serial No. 79/109,409

Date of Judgment/Order: November 16, 2015

Type of Case: Ex Parte appeal from the U.S. Patent and Trademark Office

Relief sought on appeal: Reversal of TTAB Final Decision

Relief awarded below (if damages, specify) None

Briefly describe the judgment/order appealed from: Final decision of the Trademark Trial and Appeal Board affirming the refusal to register appellant's trademark.
_____

Nature of judgment (select one)

   X  Final Judgment, 28 USC §1295
   ___ Rule 54(b)
   ___ Interlocutory Order (specify type)    _____
   ___ Other (explain; *see* Fed. Cir. R. 28(a)(5))  _____
_____

4070580-1

Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued: <u>None</u>

Brief statement of the issues to be raised on appeal: <u>Whether Applicant's mark is merely descriptive of the identified goods in all three classes under Section 2(e)(1) of the Trademark Act, 15 U.S.C. § 1052(e)(1).</u>
_____

Have there been discussions with other parties relating to settlement of this case?    ___Yes      <u>X</u> No

  If yes, when were the last such discussion?

       ___ Before the case was filed below?

       ___ During the pendency of the case below?

       ___ Following the judgment/order appealed from?

If "yes," were the settlement discussion mediated?    ___Yes    ___No
If they were mediated, by whom?

_____

Do you believe that this case may be amendable to mediation?    _Yes  <u>X</u> No

If you answered no, explain why not. <u>This is an appeal from a decision of the Trademark Trial and Appeal. As such, there is no basis in which to settle</u>.

_____

Provide and other information relevant to the inclusion of this case in the court's mediation program.  <u>None. As noted above, this case is not amenable to mediation because it is an appeal of a decision by the Trademarks Trial and Appeal Board.</u>

_____

CERTIFICATE OF SERVICE

I certify that I electronically filed this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record using the Court's CM/ECF filing system this 28th day of March 2016.

| | |
|---|---|
| John J. O'Malley | /s/ John J. O'Malley |
| Name of Counsel | Signature of Counsel |

Law Firm: Volpe and Koenig, P.C.

Address: 30 S. 17th Street

City, State, ZIP: Philadelphia, Pa 19103

Telephone Number: 215-568-6400

FAX Number: 215-568-6499

E-mail Address: jomalley@vklaw.com